UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RODERIK CLEARE,**

       **Plaintiff,**

                        Case No. 2:15-cv-2295
       v.                    JUDGE GREGORY L. FROST
                              Magistrate Judge Elizabeth P. Deavers

**CHAROLETTE JENKINS, et al.,**

       **Defendants.**

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's Order and Report and Recommendation ("R&R") dated July 13, 2015. (ECF No. 6.) In the R&R, the Magistrate Judge recommended that the Court dismiss Plaintiff's claims related to his request for a criminal investigation and charges against Defendant. The Magistrate Judge found that Plaintiff could proceed with his remaining claims at this juncture, and ordered the United States Marshal to serve Defendants.

The R&R advised the parties that, "[i]f any party seeks review by the District Judge of this [R&R], that party may within fourteen (14) days, file and serve on all parties objections to the [R&R], and the part in question, as well as the basis for objections." (ECF No. 6, at PAGEID # 33–34.) The R&R specifically advised the parties "that the failure to object to the [R&R] will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id.* at PAGEID # 34 (citing *Pfahler v. Nat'l Latex Prod. Co.*, 517 F.3d 816, 829 (6th Cir. 2007) and *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005)).)

The Court has reviewed the R&R. Noting that no objections have been filed, and that the time period for filing objections has expired, the Court hereby **ADOPTS AND AFFIRMS** the R&R (ECF No. 6) and **DISMISSES** Plaintiff's claims related to his request for a criminal investigation and charges against Defendant.

    **IT IS SO ORDERED**.

    **/s/ Gregory L. Frost**
    **GREGORY L. FROST**
    **UNITED STATES DISTRICT JUDGE**