IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RODERICK CLEARE, | : | |
| | : | Case No. 2:15-cv-2295 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | Magistrate Judge Jolson |
| WARDEN CHARLOTTE JENKINS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court *sua sponte*. On July 12, 2017, this Court withdrew its Order adopting Magistrate Judge Jolson's Report and Recommendation upon learning that, due to his transfer to a different correctional facility, Plaintiff Roderick Cleare had not received the Report and Recommendation and therefore did not have an opportunity to object to same. The Court allowed Cleare 14 additional days to file objections to the Report and Recommendation, and cautioned Cleare that his failure to timely file objections would result in the Court reinstating its Order adopting the Report and Recommendation. (*See* Doc. 63.)

Because Cleare has again failed to timely object to Judge Jolson's Report and Recommendation, the Court hereby **REINSTATES** its Order adopting the Report and Recommendation. This case is **DISMISSED with PREJUDICE**.

   IT IS SO ORDERED.

                                                    s/ Algenon L. Marbley
                                               **ALGENON L. MARBLEY**
                                               **UNITED STATES DISTRICT JUDGE**

**DATED: August 3, 2017**